IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAUL GRACIANO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br>*Plaintiff,*<br>v.<br>PILLAR CONSTRUCTION, INC., ET AL,<br>*Defendants.* | 1:24-cv-2045-MSN-LRV |

ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on December 23, 2025 (ECF 40) ("Report and Recommendation") regarding the Defendant-Crossclaimant Pillar Construction, Inc.'s ("Pillar") Motion for Default Judgment against Crossclaim Defendant Crystal Drywall, Inc ("Crystal"). ECF 35. Pillar has asserted cross-claims against Crystal for contractual indemnity and breach of warranty arising out of the subcontracts ("Inova Oakville Agreement" and "Inova Fairfax Agreement") between the parties. ECF 8. Plaintiff and the opt-in plaintiffs previously settled their FLSA and Virginia Misclassification Law claims against Pillar for $60,000 in unpaid wages and attorney's fees. ECF 24-2; ECF 25. Pillar now seeks default judgement and an award of damages against Crystal for that amount as well as post-judgment interest. ECF 36.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and it is hereby

**ORDERED** that the Recommendation (ECF 40) is **APPROVED** and **ADOPTED**; and it is further

**ORDERED** that Pillar's Motion for Default Judgment against Crystal (ECF 35) is **GRANTED**; and it is further

**ORDERED** that default judgment is entered in favor of Pillar and against Crystal on Crossclaim Counts I, II, III, and IV; and it is further

**ORDERED** that judgment is entered in favor of Pillar and against Crystal in the amount of $60,000 and post-judgment interest at the rate established in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Pillar is directed to serve Crystal with a copy of this Order consistent with service of all other filings in this matter, and the Clerk of Court is directed to terminate this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

January 20, 2026
Alexandria, Virginia

2